FILE COPY

1  Julia Azrael (Bar No. 109049)
   Email: jazrael@azraellaw.net
2  John S. Curtis (Bar No. 50350)
   Email: jcurtis@azraellaw.net
3  **LAW OFFICES OF JULIA AZRAEL**
   5200 Lankershim Boulevard, Suite 850
4  North Hollywood, California 91601
   Telephone:  (818) 766-5177
5  Facsimile:  (818) 766-5047

6  Attorneys for Defendant MACY'S, INC.

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9
10  LORRIE VOLL,                          SACV13-0539 DOC (ANx)
                                          CASE NO.
                     Plaintiff,           [Complaint Filed:    February 25, 2013]
11
12          vs.                           **NOTICE OF REMOVAL OF ACTION
                                          UNDER 28 U.S.C. § 1441(b)
13  MACY'S, INC., a corporation; and      (DIVERSITY) AND § 1446**
    DOES 1 to 100, Inclusive,
14                                        **[Declaration of Linda Balicki and
                     Defendants.          Catherine Sison Filed Concurrently
15                                        herewith]**
16
17
18  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT,

19  FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND

20  HER ATTORNEYS OF RECORD:

21
22          PLEASE TAKE NOTICE that Defendant MACY'S, INC. hereby provides

23  notice of removal to the United States District Court for the Central District of

24  California (Santa Ana) of the following lawsuit filed on February 25, 2013 in the

25  Orange County Superior Court: *LORRIE VOLL, Plaintiff v. MACY'S, INC., a*

26  *corporation, and DOES 1 to 100, Inclusive, Defendants,* Case No. 30-2013-

27  00632893-CU-WT-CJC.  The following is a short, plain statement of the grounds for

28  removal pursuant to 28 U.S.C. §1446(a).

**DESCRIPTION OF ACTION**

1.      On February 25, 2013, Plaintiff LORRIE VOLL filed a Complaint against MACY'S, INC. in the Superior Court of the State of California for the County of Orange.  True and correct copies of the Summons and Complaint (along with all Defendant's process, pleadings and order served on Defendant in the instant action) are attached as Exhibit B.  Defendant was served with the Summons and Complaint on March 11, 2013.  Included with the documents served on Defendant was the Statement of Damages which is attached as Exhibit A to the Declaration of Catherine Sison filed concurrently herewith.  Defendant's Answer in the State Court is attached as part of Exhibit B.

2.      In her Complaint, Plaintiff seeks monetary damages in a civil action alleging the following causes of action:

| | |
|---|---|
| Count One: | Violation of FEHA - Disparate Treatment |
| Count Two: | Violation of FEHA – Failure to Prevent Discrimination |
| Count Three: | Wrongful Discharge in Violation if Public Policy |

Defendant has answered that action denying the material allegations and further denying that Plaintiff has sustained any damages or can state a claim for relief.  The Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.

**BASIS FOR REMOVAL (DIVERSITY JURISDICTION)**

3.      This is an action between citizens of different states where the amount in controversy exceeds $75,000.  Plaintiff is a citizen of the State of California. Defendant MACY'S, INC. is incorporated under the laws of the State of Delaware,

1 and its principal places of doing business are the States of Ohio and New York.[1]
2 (Concurrently filed Declaration of Linda Balicki; ¶¶ 5 & 6)

4      The amount in controversy exceeds $75,000.  Included in the documents
5 served on Defendant was Plaintiff's Statement of Damages stating that Plaintiff is
6 claiming $820,000 in general damages, plus interest and attorney's fees, and punitive
7 damages in the amount of $950,000. (Exhibit A to the concurrently filed Declaration
8 of Catherine Sison) Although Defendant reserves the right and expressly intends to
9 challenge all claims raised, the predicates for diversity of citizenship clearly exist.

11          **THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER**

13      Based on the foregoing, this is a civil action of which the Court has original
14 jurisdiction pursuant to 28 U.S.C. §1332, and is one that may be removed to this
15 Court pursuant to §§1441 and 1446.

17      In accordance with the requirements of 28 U.S.C. §1446(a), a copy of the
18 Complaint, Defendant's Answer and all other papers served in the State Court action
19 are attached hereto as Exhibit B.  This Notice of Removal is filed within the time
20 provided by 28 U.S.C. §1446(b), as the Complaint was served on March 11, 2013.

22          **CONCLUSION AND REQUESTED RELIEF**

24      For all the reasons set forth above, Defendant respectfully requests that this
25 Court proceed with this matter as if it had originally been filed herein.

---

[1] 28 U.S.C. § 1332(c) (1) provides: "a corporation shall be deemed to be a citizen of any
State by which it has been incorporated and of the State where it has its principal place
of business…"

1 | Dated: April 5, 2013

LAW OFFICES OF JULIA AZRAEL

By: _John Curtis_
JOHN S. CURTIS
Attorney for Defendant
MACY'S, INC.

**SUM-100**

# SUMMONS
## (CITATION JUDICIAL)

| | |
|---|---|
| **NOTICE TO DEFENDANT:** Macy's, Inc., a corporation; and<br>*(AVISO AL DEMANDADO):* Does 1 to 100, Inclusive | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**02/25/2013** at 09:06:04 AM<br><br>Clerk of the Superior Court<br>By Eleanor Sutter, Deputy Clerk |

**YOU ARE BEING SUED BY PLAINTIFF:** Lorrie Voll
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California<br>County of Orange<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | CASE NUMBER:<br>*(Número del Caso):* 30-2013-00632893-CU-WT-CJC<br><br>Judge David T. McEachen    C-21 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael A. Lotta, Esq.    CSB No.: 94301    (562) 438-9137  (562) 438-9137
Law Offices of Michael A. Lotta, Inc.
3836 E. Anaheim Street
Long Beach, CA 90804

DATE 02/25/2013  ALAN CARLSON, Clerk of the Court    Clerk, by _Eleanor Sutter_____, Deputy
*(Fecha)*                                             *(Secretario)*          Eleanor Sutter          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* MACYS, INC A CORPORATION

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

(SPACE BELOW FOR FILING STAMP ONLY)

Michael A. Lotta, C.S.B. No.: 94301
LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. ANAHEIM STREET
LONG BEACH, CA 90804
TELEPHONE • (562) 438-9137
FAX • (562) 438-9138

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**02/25/2013** at 09:08:04 AM
Clerk of the Superior Court
By Eleanor Sutter, Deputy Clerk

ATTORNEYS FOR PLAINTIFF

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF ORANGE

| | |
|---|---|
| LORRIE VOLL, <br><br>                 Plaintiff, <br><br>         v. <br><br> MACY'S, INC., a corporation; and DOES 1 <br> TO 100, Inclusive, <br><br>                Defendants. | Case No:   30-2013-00632893-CU-WT-CJC <br><br> **COMPLAINT FOR DAMAGES;** <br> **Violation of FEHA; Wrongful Discharge** <br> **In Violation Of Public Policy** <br><br> TRIAL DATE:      None Assigned <br><br> Judge David T. McEachen     C-21 |

The plaintiff Lorrie Voll alleges:

## COUNT ONE: VIOLATION OF FEHA -DISPARATE TREATMENT AGAINST ALL DEFENDANTS

1.      That the true names and capacities, whether individual, corporate, associate or otherwise of defendants, DOES 1 through 100, inclusive, are unknown to plaintiff at this time, who, therefore, sues said defendants by such fictitious names, and when their true names and capacities are ascertained, plaintiff will seek leave of court to amend this Complaint accordingly. Plaintiff is informed and believes, and upon such information and belief alleges that each of the defendants designated herein as a DOE, negligently or otherwise, is responsible for the events and happenings herein referred to; and negligently or otherwise, actually and proximately caused injuries and damages to plaintiff as hereinafter alleged.

1

COMPLAINT FOR DAMAGES

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

2.       Plaintiff is informed and believes and upon such information and belief alleges that at all times herein mentioned, each of the defendants was the agent, servant and employee of his or her co-defendants, and was at all times herein mentioned acting within the course and scope of such agency and employment; and that the defendants, and each of them, acted in concert and conspiracy with their co-defendants, and each of them, in denying the plaintiff's rights; discriminating against the plaintiff; and terminating the plaintiff in violation of public policy.

3.       At all times herein mentioned, defendants Macy's, Inc. and Does 1 to 25, and each of them, were and now are corporations operating a business in the City of Santa Ana, County Of Orange, State of California; and they, and each of them, were and now are supervisors, employers and persons with authority for the defendant business and office.  Furthermore and at all timers relevant hereto, the defendants, and each of them, were the employers of the plaintiff.

4.       Prior to October 24, 2011, the defendants, and each of them, had engaged in various acts and conduct that were unfair and improper practices and the defendants, and each of them, were aware that the actions and conduct taken against the plaintiff by reason of a work injury, disability and perceived disability was and is improper and against State and Federal law and public policies. After the plaintiff suffered an on the job injury and because of the same, the plaintiff was aware that the defendants, and each of them, were looking for a way to terminate the plaintiff's employment. The defendants, and each of them, in concert and conspiracy with their co-defendants, and each of them, through their agents, servants and employees, engaged in various actions and conduct with the intent of discriminating against the plaintiff on account of his work injury and perceived disability and in retaliation for becoming disabled and reporting a work injury. The following is a summary of the relevant additional facts upon which this action is based: the plaintiff began working for the defendants, and each of them, in April, 2010. Shw over the age of 40 years. Until the time of her work injury, the plaintiff performed her work in a satisfactory manner. On or about May 1, 2011, the plaintiff suffered a work injury. On or about July 7, 2011, the plaintiff's medical care provider returned her to work with some work restrictions. The defendants, and each of them, failed and/or refused to reasonably accommodate those work restrictions.  While the plaintiff was off of work

2

1  because of the above described actions and conduct of the defendants, and each of them and despite

2  the plaintiff's work injury, the defendants, and each of them, sent the plaintiff a notice of termination

3  effective August 30, 2011 because the work injury and their actions prevented the plaintiff from

4  working at least one in a 14 day time period. On or about October 25, 2011, the plaintiff received

5  a letter from the defendants, and each of them, that was dated October 11, 2011, but indicated that

6  the plaintiff was supposed to have provided by October 10, 2011 pursuant to a letter of September

7  23, 2011. The October 11, 2011 letter also said the plaintiff was being terminated.  On or about

8  October 24, 2011, the plaintiff received notice that her employment was terminated effective October

9  24, 2011.

10      The defendants, and each of them, through this course of conduct and by reason of the

11  supervisory capacity of the persons engaging in the same, knew or should have known of these

12  discriminatory and retaliatory actions.

13      5.      At all times relevant hereto, the defendants, and each of them, in concert and

14  conspiracy with their co-defendants, and each of them, failed to take any action, let alone any

15  immediate and appropriate action, to stop the discrimination against and the retaliation of the plaintiff

16  on account of her work injury, disability and perceived disability in conjunction with her age. In fact,

17  the defendants, and each of them, in concert and conspiracy with their co-defendants, and each of

18  them, engaged in the acts and conduct and ratified the same by their acts and conduct to date.

19  Furthermore and prior to the discrimination and retaliation, the defendants, and each of them, in

20  concert and conspiracy with their co-defendants, and each of them, failed to implement and enforce

21  any policies, procedures or manuals that had been or should have been adopted with respect to the

22  above described discrimination, retaliation and/or conduct so to prevent and deter such discrimination

23  and retaliation from occurring.

24      6.      At all times relevant hereto, the defendants, and each of them, knew or should have

25  known that the plaintiff had treated for her work injury and physical condition.

26      7.      At all times herein mentioned, the plaintiff was able to perform or had been

27  performing her essential job duties with reasonable accommodation; and after July 7, 2011, the

28

**COMPLAINT FOR DAMAGES**

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

1  defendants, and each of them, failed to provide reasonable accommodation for the plaintiff's work

2  injury and/or any work restrictions.

3        8.     Before her October 24, 2011 termination, the plaintiff requested reasonable

4  accommodation for her work injury and work restrictions so she would be able to perform his

5  essential job requirements and the plaintiff was willing to participate in an interactive process to

6  determine any reasonable accommodation that could be made so her employment was not terminated.

7  However, the defendants, and each of them, failed to participate in a timely good faith interactive

8  process with the plaintiff to determine if reasonable accommodation could be made.

9        9.     The plaintiff was over the age 40 at all times relevant hereto.

10       10.    This is a mixed motive case of disparate treatment. The plaintiff's work injury,

11  disability and perceived disability, together with and in light of her age, were motivating

12  reasons for the termination and other adverse employment actions; and with the conduct described

13  above, constitute disparate treatment of the plaintiff.

14       11.    On or about August 30, 2011 and again on or about October 24, 2011, the plaintiff's

15  employment was wrongfully terminated in violation of California FEHA.

16       12.    As a direct and legal result thereof, the defendants, and each of them, violated

17  California FEHA; and the plaintiff suffered severe and permanent injuries and damages as hereinafter

18  set forth.

19       13.    As a direct and legal result of the conduct of the defendants, and each of them, and

20  based on the conduct of the defendants, and each of them, the defendants, and each of them, retaliated

21  against the plaintiff and terminated her employment with the defendants, and each of them, after the

22  above described discrimination and in retaliation for claiming a work injury and disabilities. The

23  defendants, and each of them, had actual and constructive knowledge of the conditions, of the failure

24  to adopt, implement and equally apply company policies, procedures and practices and of the

25  violations of company policies, procedures and practices as stated hereinabove, but failed to stop

26  and/or take reasonable steps to end those conditions and violations. Furthermore, the defendants, and

27  each of them, intended and knew or should have known tha t the plaintiff's termination of

28

4

**COMPLAINT FOR DAMAGES**

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

1   employment would result from the actions and conduct of the defendants, and each of them.

2      14.   That as a direct and legal result of the conduct of defendants, and each of them,

3   plaintiff's health, strength and activity have been injured, and plaintiff sustained severe and

4   permanent pain and suffering and a severe shock and injury to the nervous system and various

5   injuries to the person; that plaintiff is informed and believes, and thereon alleges, that some of said

6   injuries and effects thereof are permanent in nature, all to plaintiff's general damage in a sum within

7   the jurisdiction of this Superior Court.

8      15.   That as a direct and legal result of the acts and conduct of defendants, and each of

9   them, and of said injuries, plaintiff has been compelled to, did incur and will in the future incur

10  obligations and expenditures for health services of all kinds, including, but not limited to the care,

11  attention and services of physicians, surgeons, nurses, therapists and attendants, and for incidental

12  services, prescriptions, health devices and hospital services.  The exact amount of such obligations

13  and expenditures so incurred and to be incurred is not known to plaintiff at this time, and plaintiff

14  will ask leave of court, orally or in writing, to amend this Complaint to insert such amount when the

15  same is ascertained.

16     16.   That as a direct and legal result of the conduct of defendants, and each of them, and

17  of said injuries, plaintiff has been unable to work at plaintiff's usual occupation, business or

18  profession, or at any other occupation, business or profession for a period of time since the

19  occurrence; that plaintiff is informed and believes, and thereon alleges, that plaintiff will be prevented

20  from working at plaintiff's usual occupation, business or profession, or any occupation, business or

21  profession for an indefinite time in the future; that as a direct and proximate result of the conduct of

22  defendants, and each of them, and of said injuries, plaintiff has further been damaged by the loss of

23  wages, income, dividends and profits in an amount presently unascertained, and will ask leave of

24  court to amend this Complaint to insert said amount when the same has been ascertained.

25     17.   As a further direct and legal result of the conduct of defendants, and each of them,

26  plaintiff has been required to expend and incur and did expend and incur, liability for attorney's fees,

27  costs and other related expenses in an amount presently unascertained and plaintiff will seek leave

28

5

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

1   of court, orally or in writing, to insert such amount when the same is ascertained.

2        18. The company supervisors and Does 50 to 75, and each of them, in conducting

3   themselves as hereinabove described, acted maliciously, oppressively, in conscious disregard of

4   plaintiff's rights and with the intent to injure plaintiff and deprive plaintiff of plaintiff's rights; and

5   plaintiff is informed and believes and thereon alleges that defendants Macy's Inc. and Does 1 to 100,

6   and each of them, authorized, ratified and directed the acts of its agents, servants and employees, who

7   conducted themselves as hereinabove described and who participated in the discrimination and

8   retaliation; and said defendants, and each of them, knew of the unfitness of their said agents, servants

9   and employees prior to their employment, assignment and the conduct described above; all of which

10  entitle plaintiff to an award of punitive and exemplary damages against the defendants, and each of

11  them, in a sum within the jurisdiction of this Superior Court.

12       19.    On or about February 29, 2012 and after the plaintiff filed a complaint with the

13  Department of Fair Employment And Housing, the plaintiff was sent a Notice of Case Closure.

## COUNT TWO: VIOLATION OF FEHA -FAILURE TO PREVENT DISCRIMINATION
## AGAINST ALL DEFENDANTS

20.     The plaintiff realleges Paragraphs 1 through 19, inclusive of Count One, hereinabove; and incorporates them herein by reference as though set forth in full.

21.     That by reason of the acts and conduct described in Count One and the failure to adopt and implement standards, practices, procedures and protocols, the defendants, and each of them, failed to take all reasonable steps necessary to prevent the discrimination and retaliation of the plaintiff as described in Count One above.

22.     As a direct and legal result thereof and the failure to take all reasonable steps to prevent discrimination and retaliation, the plaintiff suffered the injuries and damages set forth in paragraphs 12 through 18 of Count One hereinabove.

/     /     /

/     /     /

6

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3858 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

## COUNT THREE: WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY AGAINST ALL DEFENDANTS

23.    The plaintiff realleges Paragraphs 1 through 22, inclusive of Counts One and Two, hereinabove; and incorporates them herein by reference as though set forth in full.

24.    The termination of the plaintiff's employment was wrongful by reason that it violated the public policy to be free from discrimination based upon work injury, disability and/or perceived disability as set forth in the California FEHA; the important public policy of not retaliating against employees that are over 40 and/or injured at work, disabled and/or have a perceived disability; and the important public policy of requiring a company to follow company policies so as selectively enforce them to the detriment of a select few and/or support the termination of the plaintiff's employment. The plaintiff is informed and believes and thereon alleges that there are other public policies that were violated by the conduct described and the plaintiff will seek leave of Court to amend this complaint to insert the same when the violations are ascertained.

25.    On or about October 24, 2011, the plaintiff's employment was wrongfully terminated.

23.    As a direct and legal result of the wrongful termination, the plaintiff suffered the injuries and damages set forth in paragraphs 12 through 18 of Count One hereinabove.

WHEREFORE, the plaintiff prays for judgment against the defendants, and each of them, as follows:

1.    General damages in a sum within the jurisdiction of this Superior Court;

2.    Medical and incidental expenses according to proof;

3.    Loss of wages, earnings, dividends, income and profits according to proof;

4.    Prejudgment interest according to proof;

5.    Attorney's fees and costs according to proof;

6.    Punitive and exemplary damages according to proof;

7.    Costs of suit incurred herein; and

7

8.     For such other and further relief as the Court may deem just and proper.

DATED: February 25, 2013

*Michael A. Lotta*

**MICHAEL A. LOTTA**
Attorney for Plaintiff

LAW OFFICES OF MICHAEL A. LOTTA, INC.
3836 E. Anaheim Street
Long Beach, CA 90804
(562) 438-9137

8

**COMPLAINT FOR DAMAGES**

**- DO NOT FILE WITH THE COURT -**

**CIV-050**

**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: (562) 438-9137 | FOR COURT USE ONLY |
|---|---|---|
| Michael A. Lotta, Esq.<br>Law Offices of Michael A. Lotta, Inc.<br>3836 E. Anaheim Street<br>Long Beach, CA 90804<br>CSB No.: 94301 | | |

ATTORNEY FOR *(name)*:  Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  Orange
STREET ADDRESS:  700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE:  Santa Ana, CA 92702
BRANCH NAME:  Central Justice Center

PLAINTIFF:  Lorrie Voll
DEFENDANT:  Macy's, Inc., etc., et a

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 30-2013 00632893

To *(name of one defendant only)*:  Macy's, Inc.
Plaintiff *(name of one plaintiff only)*:  Lorrie Voll
seeks damages in the above-entitled action, as follows:

1. General damages **AMOUNT**
   a. [X] Pain, suffering, and inconvenience ... $ 175,000.00
   b. [X] Emotional distress ... $ 225,000.00
   c. [ ] Loss of consortium ... $ _____
   d. [ ] Loss of society and companionship *(wrongful death actions only)* ... $ _____
   e. [ ] Other *(specify)* ... $ _____
   f. [ ] Other *(specify)* ... $ _____
   g. [ ] Continued on Attachment 1.g.

2. Special damages
   a. [X] Medical expenses *(to date)* ... $ 5,000.00
   b. [X] Future medical expenses *(present value)* ... $ 35,000.00
   c. [X] Loss of earnings *(to date)* ... $ 75,000.00
   d. [X] Loss of future earning capacity *(present value)* ... $ 305,000.00
   e. [ ] Property damage ... $ _____
   f. [ ] Funeral expenses *(wrongful death actions only)* ... $ _____
   g. [ ] Future contributions *(present value) (wrongful death actions only)* ... $ _____
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ... $ _____
   i. [X] Other *(specify)* Interest to date ... $ 1,500.00
   j. [X] Other *(specify)* Attorney's fees to date ... $ 7,500.00
   k. [X] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*. $ 950,000.00
   when pursuing a judgment in the suit filed against you.

Date: Feb. 28, 2013

Michael A. Lotta, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
Page 1 of 2

Legal Solutions Plus

howDocument.do                                                https://ocapps.occourts.org/civilwebShopping/ShowDocument.do?r...

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael A. Lotta, Esq.    CSB NO.: 94301<br>Law Offices of Michael A. Lotta, Inc.<br>3836 E. Anaheim Street<br>Long Beach, CA 90804<br><br>TELEPHONE NO: (562) 438-9137    FAX NO.: (562) 438-9138<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Civil Justice Center

CASE NAME:  Lorrie Voll v. Macy's, Inc., etc.,

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited   [ ] Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09)<br>[ ] Insurance coverage (18) | [ ] Mass tort (40)<br>[ ] Securities litigation (28) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Product liability (24) | **Real Property** | [ ] Insurance coverage claims arising from the |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | above listed provisionally complex case |
| [ ] Other PI/PD/WD (23) | condemnation (14) | types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [X] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
         issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive

4. Number of causes of action (specify):  three (3)

5. This case [ ] is   [X] is not   a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:  Feb. 25, 2013

Michael A. Lotta, Esq.    CSB NO.: 94301                    ►
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]  **CIVIL CASE COVER SHEET**  Legal Solutions Plus  Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10



Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047

Attorneys for Defendant MACY'S, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE, CIVIL COMPLEX CENTER

| | |
|---|---|
| LORRIE VOLL,<br><br>   Plaintiff,<br><br>  v.<br><br>MACY'S, INC., a corporation; and DOES 1 to 100, Inclusive,<br><br>   Defendants. | Case No. 30-2013-00632893-CU-WT-CJC<br><br>Case Assigned to Judge David T. McEachen – Dept. C-21<br><br>[Complaint Filed: February 25, 2013]<br><br>**ANSWER OF DEFENDANT MACY'S, INC., TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |

Discovery Cutoff: None
Motion Cutoff:  None
Trial Date:   None

   Defendant, MACY'S, INC., answers Plaintiff's unverified Complaint for Damages as follows:

## GENERAL DENIAL

   1.  Pursuant to Code of Civil Procedure section 431.30(d), Defendant generally denies each, all and every allegation contained in said Complaint and specifically denies that Plaintiff has been damaged in the amount or amounts therein alleged, or in any other amount or amounts, or at all, and further specifically denies that Plaintiff is entitled to punitive or exemplary damages in any amount or at all.

1

## FIRST AFFIRMATIVE DEFENSE

2

(Failure to State a Claim)

3

4     2.     The Complaint, and each and every purported cause of action therein

5 contained, fails to state facts sufficient to constitute a cause of action against Defendant.

6

7

## SECOND AFFIRMATIVE DEFENSE

8

(Estoppel)

9

10     3.     Plaintiff is estopped by her actions, statements and course of conduct from

11 pursuing all or portions of the relief sought by or through her Complaint or any of the

12 purported causes of action alleged therein.

13

14

## THIRD AFFIRMATIVE DEFENSE

15

(Waiver)

16

17     4.     Plaintiff has waived by her actions, statements and course of conduct the right

18 to recover any of the relief requested in her Complaint or any of the purported causes of

19 action alleged therein.

20

21

## FOURTH AFFIRMATIVE DEFENSE

22

(Failure to Exhaust Administrative Remedies)

23

24     5.     Plaintiff's Complaint is barred as she has failed to exhaust administrative

25 remedies.

26 ///

27 ///

28

Answer of Defendant Macy's, Inc. to Plaintiff's Complaint for
Damages

## FIFTH AFFIRMATIVE DEFENSE

### (Arbitration Agreement)

6.     Defendant is informed and believes and based thereon alleges that Plaintiff entered into a written arbitration agreement requiring her to submit any employment-related dispute to final, binding arbitration.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

7.     Plaintiff is barred from recovering any relief by or through her Complaint or any purported causes of action alleged therein because Plaintiff's acts or omissions and her unreasonable delay in initiating this action have prejudiced Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (Workers' Compensation as Plaintiff's Exclusive Remedy)

8.     Defendant is informed and believes and based thereon alleges that all or a portion of Plaintiff's claimed damages are barred as workers' compensation is Plaintiff's exclusive remedy for such claims.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unconstitutionality of Punitive Damages)

9.     Any and all claims for punitive or exemplary damages are barred as they are in violation of the Eighth Amendment of the United States Constitution and/or may result in double jeopardy. Further, assessing punitive damages under California is in violation of both the United States and California requirements of due process of law.

1       WHEREFORE, Defendant prays that Plaintiff take nothing by reason of her

2  Complaint, that judgment be entered in favor of Defendant, that Defendant be awarded its

3  costs of suit and attorneys fees incurred in defending this action, and that Defendant be

4  awarded such other and further relief as the Court deems proper.

5

6  Dated:  April 3, 2013             LAW OFFICES OF JULIA AZRAEL

7

8                       By: _____

9                          JOHN S. CURTIS
                           Attorney for Defendant MACY'S, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA      )   ss.:

COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5200 Lankershim Boulevard, Suite 850, North Hollywood, California 91601.

       On April 3, 2013, I served on interested parties in said action the within:

**ANSWER OF DEFENDANT MACY'S, INC., TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

**__X__**      **BY MAIL:** By placing true copies thereof in sealed envelope(s) addressed as stated on the attached mailing list, and placing it for collection and mailing following ordinary business practices. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

_____      **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FedEx for delivery to the attached address(es).

_____      **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

_____      **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

**__X__**      **[State]**      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____      **[Federal]**      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       Executed on April 3, 2013, at North Hollywood, California.

_____
     ANGEL MACDONALD
        (Type or print name)

_____
          (Signature)

Answer of Defendant Macy's, Inc. to Plaintiff's Complaint for Damages

**Voll v. Macy's Inc., et al.**
**Case No. 30-2013-00632893-CU-WT-CJC**

1

2

3   Michael A. Lotta                         Attorneys for Plaintiffs
    LAW OFFICES OF MICHAEL A. LOTTA
    3836 E. Anaheim Street
4   Long Beach, CA 90804

5   Telephone: (562) 438-9137
    Fax: (562) 438-9138

6

7   David E. Martin, Esq.                    Courtesy Copy
    Catherine E. Sison, Esq.
    Macy's Law Department
8   611 Olive Street, 10th Floor
    St. Louis, Missouri  63101-1799
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer of Defendant Macy's, Inc. to Plaintiff's Complaint for
Damages

Print | Close Window

# One Legal Order Receipt

## Order Number: 7438155

Note - You will receive a Court Transaction Number via email upon submission of your order to the court.

Thank you for choosing One Legal LLC. If you have any questions about this order, please contact our Customer Support team.

Phone: 800-938-8815
Email: support@onelegal.com

**Order Detail**

| | |
|---|---|
| Order Type: | eFiling-eService |
| Date/Time Submitted: | 04/03/2013 3:55 PM |
| Client Billing Code: | MAY044 |
| Contact Name: | Angel MacDonald |
| Attorney Name: | John S. Curtis |
| Email Notification: | Contact |
| Deliver Courtesy Copy? | No |
| Delivery Location: | |

**Case Information**

| | |
|---|---|
| Court Branch: | Central Justice Center Santa Ana |
| Court Name: | Superior Court of California, Orange County |
| Case Title: | Voll vs. Macy's, Inc. |
| Case Category: | Civil - Unlimited |
| Case Type: | Wrongful Termination |
| Jurisdictional Amount: | |
| Case No.: | 30-2013-00632893-CU-WT-CJC |
| Hearing Date: | |
| Hearing Time: | |

**Documents**

| Document Type | Document Name | Total Pages Uploaded |
|---|---|---|
| Answer to Complaint | Answer to Complaint | 6 |

**Message to the eFiling Clerk:**

**Participants Added or Updated**

**eService Recipients**

| Name | Email |
|---|---|
| Michael A. Lotta | michaellotta@lottalaw.com |

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )  ss.:
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 5200 Lankershim Boulevard, Suite 850, North Hollywood, California 91601.

On April **5**, 2013, I served on interested parties in said action the within:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) AND § 1446 [Declaration of Linda Balicki and Catherine E. Sison Filed Concurrently herewith]**

**X**      **BY MAIL:**  By placing true copies thereof in sealed envelope(s) addressed as stated on the attached mailing list, and placing it for collection and mailing following ordinary business practices.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

_____      **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be delivered to FedEx for delivery to the attached address(es).

_____      **BY FAX:**  I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

_____      **BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

_____      **[State]**  I declare under penalty of perjury under the laws of the State of                    California that the foregoing is true and correct.

**X**      **[Federal]**  I declare that I am employed in the office of a member of the bar                    of this court at whose direction the service was made.

Executed on April **5**, 2013 at North Hollywood, California.

ANGEL MACDONALD
(Type or print name)                    (Signature)

1

**Lorrie Voll v. Macy's, Inc.**
**Case No.**

2

3  Michael A. Lotta                        Attorneys for Plaintiff
   LAW OFFICES OF MICHAEL A.
4  LOTTA
   3836 E. Anaheim Street
5  Long Beach, CA 90804

6  Telephone: (562) 438-9137
   Fax: (562) 438-9138

7  David E. Martin, Esq.                   Courtesy Copy
   Catherine E. Sison, Esq.
8  Macy's Law Department
   611 Olive Street, 10th Floor
9  St. Louis, Missouri  63101-1799

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Macy's Inc.'s Notice of Removal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV13- 539 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [✓] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| LORRIE VOLL | MACY'S, INC. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>ORANGE | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Michael A. Lotta<br>LAW OFFICES OF MICHAEL A. LOTTA<br>3836 E. Anaheim Street<br>(562) 438-9137; FAX (562) 438-9138 | Attorneys (If Known)<br>Julia Azrael, Esq./John S. Curtis, Esq.<br>LAW OFFICES OF JULIA AZRAEL<br>5200 Lankershim Boulevard, Suite 850<br>North Hollywood, California 91601<br>(818) 766-5177; FAX (818) 766-5047 |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** see Statement of Damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1332 and 1441(b) This is a civil action between citizens of different states alleging a violation of the FEHA and wrongful discharge from employment.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | PERSONAL INJURY | PERSONAL PROPERTY | PRISONER PETITIONS | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☒ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: SACV13-0539

| CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

  Orange County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

  Ohio and New York

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

  Orange County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date _____ April 4, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |